# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1191
Lower Tribunal No. 2014-CF-005588

_____

QUINTON DAVID COKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

January 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and MIZE, JJ., concur.


Quinton David Coker, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED